IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN HODGKISS, | ) |
| | ) CA 05-01577 |
| Plaintiff, | ) (Chief Judge Ambrose) |
| | ) |
| v. | ) |
| | ) |
| STOWE TOWNSHIP and DAVID ENGLISH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _20th_ day of _Dec._, 2005, it is hereby ORDERED that paragraph 12a is STRIKEN from Plaintiff's Complaint. It is also ORDERED that the following language in paragraph 27 is hereby stricken; "…in violation of the rights of Plaintiff, to be free from unlawful and unreasonable seizures protected by the Fourth and Fourteenth Amendments to the United States Constitution and Article I, Section 8 of the Pennsylvania Constitution."

BY THE COURT:

_Donetta W. Ambrose_, J.