## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

JONATHAN HODGKISS,                    )
                                      )  CA 05-01577
    Plaintiff,                    )  (Chief Judge Ambrose)
                                      )
    v.                            )
                                      )
STOWE TOWNSHIP and DAVID              )
ENGLISH,                              )
                                      )
    Defendants.                   )

### ORDER

AND NOW, this _29th_ day of _Dec._____, 2005, it is hereby

ORDERED that this case is remanded to the Court of Common Pleas of Allegheny

County, Pennsylvania.

*Defendants do not object to the entry of this order.*

BY THE COURT:

*Donetta W. Ambrose*